UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00034-2

**United States of America**

v.

**Daytron Demond Brown**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 83. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count five of the indictment. *Id.* at 2. Defendant waived his right to object to the magistrate judge's findings. *Id.*

The court hereby accepts the findings of fact and recommendation on guilty plea of the magistrate judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Daytron Demond Brown guilty of count five of the indictment, charging a violation of 18 U.S.C. § 2 – Possession with the Intent to Distribute and Distribution of Methamphetamine and Cocaine Base, Aiding and Abetting.

*So ordered by the court on March 6, 2023.*

J. CAMPBELL BARKER
United States District Judge